UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                              Chapter 7

INTER-COUNTY BUILDING                                       Case No. 08-75007
MATERIALS CORP.,

                          Debtor.
-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

      I, Yosi Edelstein, being duly affirmed, says: I am over the age of eighteen years, and I reside in Kings County, and am not a party herein, and that on the 31st day of August, 2010, I served a true copy of the NOTICE OF PRESENTMENT and the TRUSTEE'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH M.K. REALTY, INC., upon the party listed below at their last known address, by U.S. Mail, by causing same to be deposited, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York.

                                                                    s/Yosi Edelstein

Affirmed before me this 31st
Day of August, 2010

/s/Mark frankel
Notary Public

Sandler Rosengarten Denis & Berger
80 Cuttermill Road
Great Neck, NY 11021-3108

All Systems Brake Service Group
c/o Anes, Leventhal & Snyder, PLLC
266 Smithtown Blvd.
Nesconset, NY 11767-2042

Blue Linx Corporation
PO Box 751692
Charlotte NC 28275-1692

Chase Bank
451 Florida Street
Baton Rouge, LA 70801-1700

Chicago Metallic Corporation
4849 S Austin Avenue
Chicago IL 60638-1492

Dietrich Metal Framing
1613 Solutions Center
Chicago IL 60677-1005

Flushing Savings Bank
PO Box 59530
Schaumburg IL 60159-0530

Galaxy Metal Products, LLC
3470 Rand Road
South Plainfield NJ 07080-0614

Inter-County Building Materials Corp.
908 Long Island Avenue
Deer Park, NY 11729-3795

All Systems Brake Service, Inc.
110 Wyandanch Avenue
Wyandanch, NY 11798-4445

Bluejinx Corporation
4300 Wildwood Parkway
Atlanta GA 30339-8440

Chase Bank
PO Box 9001022
Louisville KY 40290-1022

Coren & Associates
228 E. 45th Street
New York, NY 10017-3303

Dietrich Metal Framing
500 Grant Street
Suite 2226
Pittsburgh PA 15219-2502

Fry Reglet
PO Box 2546
Santa Fe Springs, CA 90670-0546

Georgia-Pacific Gypsum LLC
133 Peachtree Street NE (30303)
Atlanta, GA 30348-5605
Attn: Erich L. McInnis

Recovery Management Systems
25 SE 2nd Ave
Suite 1120
Miami, FL 33131-1605

Bankruptcy Court
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722-9013

Bank of America/National Gypsum
91669 Collections Center Drive
Chicago IL 60693-0916

Chase
Cardmember Services
PO Box 15153
Wilmington DE 19886-5153

Chicago Metallic
PO Box 95976
Chicago IL 60694-5976

Dietrich Industries, Inc.
486 Cornell Road
Blairsville PA 15717-8007

Dietrich Metal Framing
c/o Barnes & Thornburg LLP
Attn: Deborah Thorne
1 N. Wacker Dr., Ste. 4400
Chicago, IL 60606-2833

Gabrielli Truck Sales, Ltd.
PO Box 5739
Hicksville NY 11802-5739

Garden State Engine & Equipment
3509 U.S. Route 22 (east)
Readington Township
Somerville NJ 08876-3457

Georgia-Pacific Gypsum, LLC
55 Park Place
Atlanta GA 30303-2545

Grabber Construction Products-
Grabber Scorpion
120 Newberry Road
East Windsor CT 06088-9544

Jesco Iron Craft, Inc.
201 West Fort Lee Road
Bogota NJ 07603-1207

LaFarge North America - Gypsum
12950 Worldgate Drive
Suite 400
Herndon, VA 20170-6003

NYS Dept of Tax & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
W A Harriman State Campus
Albany, NY 12227-0001

National Gypsum Company
c/o Deborah L. Thorne
Barnes & Thornburg LLP
1 North Wacker Dr - Ste 4400
Chicago, IL 60606-2833

Recovery Management Systems 25
S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Scorpion Fasteners
Dept 1590
Denver CO 80291-1590

Teamsters Local 1205 Welfare Fund
Pension Fund & Trust Fund
246 Conklin Street
Farmingdale NY 11735-2657

Thermafiber
3711 Mill Street
Wabash IN 46992-7778

United States Attorney
Attn: Chief of Bankruptcy Litigation
One Pierrepont Plaza, 4th Floor
Brooklyn NY 11201-2790

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114-0326

Kamco Supply
80 21st Street
Brooklyn NY 11232-1138

Long Island Truck Parts, Inc.
3070 Route 112
Medford, NY 11763-1416

National Gypsum
91669 Collection Center Drive
Chicago, IL 60693-0916

Plastic Components, Inc.
9051 N W 97 Terrace
Miami FL 33178-1430

Scorpion Fasteners %Garber
A Div of John Wagner Associates
2605 North Berkeley Lake Road
Duluth, GA 30096-1408

State of New York
Office of the Attorney General
120 Broadway
New York NY 10271-0332

Tool Pro
1460 Lockhart Drive
Kennesaw GA 30144-7048

Andrew M Thaler
Thaler & Gertler LLP
90 Merrick Avenue
Suite 400
East Meadow, NY 11554-1500

Iry Hill Commodities-Long Island
885 Conklin Street
Farmingdale NY 11735-2400

LaFarge Gypsum
c/o Barnes & Thornburg LLP
Attn: Deborah Thorne
1 N Wacker Dr., Suite 4400
Chicago IL 60606-2833

NYS Dept of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany NY 12205-0300

National Gypsum Company
PO Box 91669
Chicago IL 60693-1669

Prime Source
2517 Paysphere Circle
Chicago IL 60674-0025

Scorpion Fasteners
120 Newbury Road
East Windsor CT 06088-9544

Teamster Local 1205 Trust Funds
Cohen, Weiss and Simon, LLP
Attn: David Hock, Esq.
330 W. 42nd Street
New York, New York 10036-6976

Termafiber, Inc.
5451 Reliable Parkway
Chicago IL 60686-0001

US Department of Justice Tax Div
Box 55
Ben Franklin Station
Washington DC 20044-0055

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4456

Ronald D Weiss
734 Walt Whitman Road
Suite 203
Melville, NY 11747-2216

Tom Slome, Esq.
Meyer Suozzi English & Klein PC
990 Stewart Avenue, Suite 300
Garden City NY 11530

Michael L. Weinstein & Associates
445 Broad Hollow Road
Suite 204
Melville NY 11747

Leonard Lustig
Lustig & Hermer LLP
2100 Deer Park Avenue
Deer Park NY 11729

Flushing Savings Bank
159-18 Northern Boulevard
Flushing NY 11358

Chicago Metallic Corp
Rosman Adjustment Corp
po box 1247
Northbrook, IL 60065-1247
Shanker Law Group
Michael Shanker, Esq.
101 Front Street
Mineola, NY 11501

United States Trustee
US Bankruptcy Court Eastern
271 Cadman Plaza East
Brooklyn, NY 11201

Wharton, Aldhizer, & Weaver
Stephan W. Milo
125 August St., Ste 2000
Staunton, VA 24401

Tedd Blecher, Esq.
225 Broadway
30th Floor
New York, NY 10007

Richard Artura
165 South Wellwood Ave
Lindenhurst, NY 11757